**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1793**

———————

PETER ARSENEAULT, a minor by his parents and
next friends Joseph and Jane Arseneault,

Plaintiff - Appellant,

versus

PRINCE WILLIAM COUNTY SCHOOL BOARD,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (CA-01-725-A)

———————

Submitted: November 7, 2002        Decided: November 26, 2002

———————

Before NIEMEYER and WILLIAMS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Peter Arseneault, Appellant Pro Se. Mary Ellen McGowan, SICILIANO,
ELLIS, DYER & BOCCAROSSE, Fairfax, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Peter Arseneault, by his next friends and parents, Joseph and Jane Arseneault, appeal the district court's order granting summary judgment in favor of Prince William County School Board on his claim that the School Board denied him a free appropriate public education in violation of the Individuals with Disabilities in Education Act (IDEA), 20 U.S.C. §§ 1400-1487 (2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Arseneault v. Prince William County Sch. Bd. No. CA-01-725-A (E.D. Va. June 7, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED